UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

       - v. -

LUIS GARCIA,

          Defendant.

------------------------------------

**UNSEALING ORDER**

07 Cr. 736

    Upon the application of the United States of America by Jeffrey Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 07 Cr. 736, be unsealed.

Dated:  New York, New York
        January 28, 2008

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 8 2008