UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA         :

       V.                                    :       07 Cr. ~~1136~~ 736

JOHN DOE,                              :

       Defendant.                      :

                                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Assistant United States Attorney Jeffrey A. Brown, of counsel, request the Court for an order that the indictment in the above-captioned matter be unsealed.

So Ordered:

_____
United States Magistrate Judge
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: NO DATE