ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,      :    **ORDER**

       - v. -               :
                                      07 Cr. 736
JOHN DOE,                      :

             Defendant.    :
- - - - - - - - - - - - - - - - - -X

       Upon the application of the United States of America by Jeffrey A. Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 07 Cr. 736, which was unsealed by clerical error, be sealed.

Dated:  New York, New York
        August 20, 2007

                                         /s/ James C. Francis IV
                                         UNITED STATES MAGISTRATE JUDGE

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07