AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

United States

v.

Luis Garcia

**APPEARANCE**

Case Number: 07 CR 736

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luis Garcia

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/26/2008 | *[signature]* |
| Date | Signature |
| | Julia Gatto — JLG 1653 |
| | Print Name — Bar Number |
| | Sercarz and Riopelle, LLP   152 W. 57th Street |
| | Address |
| | New York — NY — 10019 |
| | City — State — Zip Code |
| | (212) 586-4900 — (212) 586-1234 |
| | Phone Number — Fax Number |