

## SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE: (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

JULIA L. GATTO
BRUCE SEELIGER*
*ADMITTED IN NY & NJ

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

April 29, 2008

**VIA HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Luis Garcia*, 07 CR 736 (RJS)

Dear Judge Sullivan:

    We write, with the consent of AUSA Jeff Brown, to request that the next conference in this case, scheduled for Thursday, May 1, 2008, be rescheduled. The parties currently are in the midst of discussions regarding a possible disposition but do not anticipate reaching an agreement by Thursday's scheduled conference. Accordingly, the parties ask that the next conference in this matter be rescheduled to a convenient day and time for the Court during or after the week of May 12, 2008 at which time the parties anticipate that they will have reached an agreement.

    The defendant consents to waive speedy trial time in order to accommodate this request.

    Thank you for your consideration

Respectfully submitted,

Julia L. Gatto

cc:   AUSA Jeff Brown (via facsimile)

*Handwritten endorsement:* The defendant's request for an adjournment is granted. The parties shall appear for a status conference on May 12, 2008 at 3:30 pm. The time between May 1 and May 12, 2008 shall be excluded pursuant to 18 USC 3161 in the interest of justice.

SO ORDERED
Dated: 4/30/08
RICHARD J. SULLIVAN
U.S.D.J.

*Stamp:* MEMO ENDORSED