UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| UNITED STATES OF AMERICA | |
|---|---|
| -V- | No. 07-CR-736(RJS) |
| LUIS GARCIA | AMENDED ORDER SETTING SENTENCE DATE |
| DEFENDANT. | |

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Friday, November 21, 2008 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 C for sentence.

Dated: September _11_, 2008
       New York, New York

                                      RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE